ORDERED UNSEALED on 01/9/2026 s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL ANTONIO SOTO,

Defendant.

Case No.: 26mj28

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 17, 2025, within the Southern District of California, defendant MANUEL ANTONIO SOTO knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock handgun bearing serial number AKLS577; in violation of Title 18, United States Code, Section 922(g)(1).

JORDAN ODUM
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of January 2026.

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 17, 2025, at approximately 10:37 a.m., Officers with the San Diego County Sheriff's Department conducted a traffic stop of a 2020 KIA Soul bearing California License Plates 8NCU892. The KIA was stopped after Officers observed it traveling 75 miles per hour southbound on I-5 near the L-Street exit where the speed limit is 65 miles per hour, which is a violation of California Vehicle Code §22349(a). The KIA yielded to police and Manuel Antonio SOTO was identified as the driver and sole occupant of the KIA.

SOTO told police he was not on probation but had previously been arrested for narcotics violations. Police asked SOTO whether he had anything illegal in the vehicle, and SOTO told the Officers he had "weed" in the vehicle. Police requested a drug canine after SOTO refused consent to search the vehicle. The drug canine arrived and alerted to presence of narcotics in the trunk of the KIA. A search of the KIA was then conducted and a Glock handgun bearing serial number AKLS577 was located under the driver's seat.

SOTO told police the Glock belonged to a friend with the initials J.M. and that J.M. left the Glock with SOTO because J.M. could not take the gun to Mexico. SOTO told police J.M. left the gun with him (SOTO) after J.M. had visited SOTO in March 2025. SOTO admitted he put the Glock under the driver's seat of the KIA because, as a convicted felon, he could not keep the gun in his home.

Investigators contacted J.M. to corroborate SOTO's statements regarding the Glock. J.M. confirmed the gun was his and that he left it with SOTO, but stated he left the gun there only a few weeks ago. Further, J.M. claimed the gun was registered to him (J.M), but law enforcement queries did not reveal the firearm to be registered to J.M. in California.

Records checks on SOTO revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 7/24/2020 | CASC – San Diego | Cal. H&S §11379—Transportation of a Controlled Substance (Felony) | 3 Years Jail (Suspended) |

The Glock firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.